IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 08-00022-03-CR-W-SOW |
| JULIAN MORALES FLORES, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before this Court is the Report and Recommendation of United States Magistrate Judge Robert E. Larsen regarding defendant's Motion to Suppress (Doc. #46) and Amended Motion to Suppress (Doc. #58). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress (Doc. #46) is denied. It is further

ORDERED that defendant's Amended Motion to Suppress (Doc. #58) is denied.

        /s/ Scott O. Wright
        SCOTT O. WRIGHT
        Senior United States District Judge

Date: 5/14/2008